# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                           Case No. 11−33064
                                                                Chapter 13
Larry Campbell, Sr.,

    Debtor.

## NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above referenced case. In order for the case to be discharged, the following must be filed within thirty (30) days of this notice or the case will be CLOSED without discharge:

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☒ **Motion for Entry of Discharge Under §1328(a).** The motion must substantially conform to Local Form 6 and include all certifications required pursuant to Local Rule 4004−1(a). If the debtor(s) is unable to make all required Local Rule 4004−1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. §1328(a).

NOTE: *A Motion to Reopen Case will be required for the debtor to receive a discharge after the case has been closed.*

Dated December 2, 2016

                                                       Juan−Carlos Guerrero
                                                       Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
Larry Campbell, Sr.  
     Debtor

Case No. 11-33064-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: desma | Page 1 of 1 | Date Rcvd: Dec 02, 2016 |
|---|---|---|---|
| | Form ID: nfrndc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
db         Larry Campbell, Sr.,   9650 Alabama Hwy 87,   Troy, AL  36079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Nicholas P Edwards    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A NEdwards@shp-law.com,  Bankruptcy@shp-law.com
         Richard D. Shinbaum    on behalf of Debtor Larry  Campbell, Sr. rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com
         Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                                   TOTAL: 4